325 F.2d 1022
 64-1 USTC P 9207
 WESTERN CREDIT COMPANY, Inc., a corporation, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
 No. 18449.
 United States Court of Appeals Ninth Circuit.
 Sept. 24, 1963.
 
 Swanberg, Koby & Strope, and Randall Swanberg, Great Falls, Mont., for petitoner.
 Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Robert N., Anderson, Edward L. Rogers, and Jerome Fink, Attys. Dept. of Justice, Tax Division, Washington, D.C., for respondent
 Before CHAMBERS, ORR and DUNIWAY, Circuit Judges.
 PER CURIAM.
 
 
 1
 For the reasons stated in its opinion, 38 T.C. 979, the decision of the Tax Court is affirmed.